UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU SABRI,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>     Defendants. | Case No. 2:23-cv-00853-SB-PD<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    On March 3, 2023, Plaintiff filed proof that all Defendants in this matter were served on February 14, 2023. Dkt. No. 18. Responsive pleadings as to all Defendants were due on April 17, 2023. None have been filed by any Defendant, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than April 25, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of the action in its entirety.

    IT IS SO ORDERED

Date: April 19, 2023

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge